**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHARLES FREDERICK TOLBERT,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**Case No. 4:16cv349-RH/CAS**

**STATE OF FLORIDA LEGISLATURE,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

This case was initiated on June 15, 2016, with the submission of a document entitled "Verified Motion for Summary Judgment," ECF No. 1, which was not signed. The $400.00 filing fee for this case was not paid, nor did Plaintiff Charles Frederick Tolbert file a motion requesting leave to proceed in forma pauperis. Additionally, no complaint was filed. An Order was entered on June 15, 2016, advising that no further action would be taken on this case until either the fee was paid or a completed in forma pauperis motion was filed. ECF No. 3. Mr. Tolbert was also required to file a complaint pursuant to Rule 8(a). *Id.* The July 7, 2016, deadline has passed, and the deficiencies have not been corrected.

Mr. Tolbert was warned that if the deficiencies were not corrected by July 7, 2016, the motion would be stricken and the case closed. ECF No. 3. Because nothing has been received from him, this case should be dismissed without prejudice for failing to comply with a court order and failure to prosecute pursuant to N.D. Fla. Loc. R. 41.1.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with a court order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on July 12, 2016.

 s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.