IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES FREDERICK TOLBERT,

    Plaintiff,

v.                                      CASE NO. 4:16cv349-RH/CAS

STATE OF FLORIDA LEGISLATURE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed.

The report and recommendation correctly concludes that the case should be dismissed based on the plaintiff's (1) failure to pay the filing fee or move for leave to proceed *in forma pauperis*, (2) filing of only a summary-judgment motion, not a complaint, and (3) failure to correct these deficiencies as required by the order of June 15, 2016, ECF No. 3. Further, even if the summary-judgment motion was treated as a complaint and the other deficiencies were ignored, dismissal would be proper based on the Eleventh Amendment, because the plaintiff has named as a defendant only the Florida Legislature, which for Eleventh Amendment purposes is

equivalent to the state itself.  *See, e.g., Seminole Tribe of Fla. v. Fla.*, 517 U.S. 44 (1996) (holding that a state sued in its own name has Eleventh Amendment immunity, regardless of the relief sought, unless the immunity has been waived or validly abrogated by Congress).  For these reasons,

    IT IS ORDERED:

    The report and recommendation is accepted and adopted as the court's further opinion.  The clerk must enter judgment stating, "The plaintiff's claims are dismissed."  The clerk must close the file.

    SO ORDERED on August 19, 2016.

                                 s/Robert L. Hinkle
                                 United States District Judge